AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022-2524
Telephone:  (212) 872-1000
Facsimile:   (212) 872-1002
Michael S. Stamer (MS-4900)
Fred S. Hodara (FH-7947)
Philip C. Dublin (PD-4919)
Alexis Freeman (AF-0328)

Counsel to the Official Committee of Unsecured
Creditors of Calpine Corporation, et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| Calpine Corporation, et al., | ) |
| | ) Case No. 05-60200 (BRL) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF APPEAL**

The Official Committee of Unsecured Creditors of Calpine Corporation, et al., pursuant to 28 U.S.C. § 158(a)(1) and Federal Rule of Bankruptcy Procedure 8001(a)(1), hereby appeals to the United States District Court for the Southern District of New York, the following Order of this Court:

> Order (I) Granting Debtors Limited Objection to Claim Numbers 2664, 3275, 3393 Through 3421 (Inclusive), 3546 Through 3554 (Inclusive), 3586 Through 3588 (Inclusive), 3731, 4073, 5653 Through 5730 (Inclusive), 5791, and 5792; (II) Determining the Value of the CalGen Secured Debt Pursuant to Rule 3012 of the Federal Rules of Bankruptcy Procedure; and (III) Authorizing Repayment of CalGen Secured Debt

The names of the parties in interest to the Memorandum Decision and Order, and the names, addresses, and telephone numbers of their respective counsel, to the extent known, are as follows:

| Party | Counsel |
|---|---|
| Calpine Corporation, et al. (Debtors) | Richard M. Cieri<br>Marc Kieselstein<br>David R. Seligman<br>Edward O. Sassower<br>Jeffrey S. Powell<br>Stephen E. Hessler<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY  10022-4611<br>(212) 446-4800 |
| The Bank of Nova Scotia, as Administrative Agent | Richard G. Mason<br>Joshua A. Feltman<br>Emil A. Kleinhaus<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, New York  10019-6150<br>(212) 403-1000 |
| Wilmington Trust FSB, as Indenture Trustee | Amanda D. Darwin<br>Victor G. Millione<br>Richard C. Pedone<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts  02110<br>(617) 345-1000<br><br>- and –<br><br>Christopher M. Desiderio<br>NIXON PEABODY LLP<br>437 Madison Avenue<br>New York, New York 10022<br>(212) 940-3000 |

| | |
|---|---|
| Wilmington Trust Company, as Collateral Agent<br>Wilmington Trust Company, as Administrative Agent | Amanda D. Darwin<br>Victor G. Millione<br>Richard C. Pedone<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts  02110<br>(617) 345-1000<br><br>- and –<br><br>Christopher M. Desiderio<br>NIXON PEABODY LLP<br>437 Madison Avenue<br>New York, New York 10022<br>(212) 940-3000 |
| HSBC Bank USA, National Association, as Indenture Trustee | Mark I. Bane<br>Mark R. Somerstein<br>David S. Elkind<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York  10036-8704<br>(212) 596-9000 |
| The Bank of New York, as Administrative Agent | Mark I. Bane<br>Mark R. Somerstein<br>David S. Elkind<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York  10036-8704<br>(212) 596-9000 |
| Manufacturers & Traders Trust Company, as Indenture Trustee | Martin J. Bienenstock<br>George A. Davis<br>Penny P. Reid<br>Christopher Marcus<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York  10153-0119<br>(212) 310-8000 |

| | |
|---|---|
| Credit Suisse, as proposed Replacement DIP Facility Administrative Agent | Peter V. Pantaleo<br>David J. Mack<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York  10017<br>(212) 455-2220 |
| Official Committee of Unsecured Creditors | Michael S. Stamer<br>Fred S. Hodara<br>Philip C. Dublin<br>Alexis Freeman<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, New York  10022-2524<br>(212) 872-1000 |
| Official Committee of Equity Security Holders | Gary L. Kaplan<br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>One New York Plaza<br>New York, New York  10004<br>(212) 859-8812 |
| Unofficial Committee of Second Lien Debtholders of Calpine Corp. | Andrew N. Rosenberg<br>Elizabeth R. McColm<br>PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York  10019-6064<br>(212) 373-3000 |

Dated: March 20, 2007  
New York, New York

Respectfully submitted,

/s/ Michael S. Stamer
Michael S. Stamer (MS-4900)
Fred S. Hodara (FH-7947)
Philip C. Dublin (PD-4919)
Alexis Freeman (AF-0328)
AKIN GUMP STRAUSS HAUER
& FELD LLP
590 Madison Avenue
New York, New York  10022-2524
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

Counsel to the Official Committee of Unsecured Creditors of Calpine Corporation, et al.